IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **LIMITLESS DESIGN &** | ) | |
| **CONSTRUCTION, INC.,** | ) | No. 11 B 09728 |
| | ) | |
| Debtor(s). | ) | Judge Jack B. Schmetterer |
| | ) | . |

## PROOF OF SERVICE

TO:    SEE ATTACHED SERVICE LIST

I, E. PHILIP GROBEN, state that copies of the attached Notice of Hearing for the Debtor's Final Authority to Use Cash Collateral and for Authority to Make Adequate Protection Payments, in the above-referenced matter, were mailed by First Class U.S. Mail to the persons shown on the attached Service List, this 2nd day of February, 2012.

/s/ E. PHILIP GROBEN
One of Attorneys for Debtor

JOSEPH E. COHEN
GINA B. KROL
E. PHILIP GROBEN
COHEN & KROL
105 W. Madison St., Ste 1100
Chicago, IL 60602
312/368-0300

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| Limitless Design & Construction, Inc. | ) | Case No. 11-09728 |
| Debtor-In-Possession | ) | Judge Jack B. Schmetterer |
| | ) | Hearing: February 16, 2012 at 10:30am |

**NOTICE OF HEARING**

TO ALL CREDITORS AND PARTIED IN INTEREST OF THE ABOVE-NAMED DEBTOR:

You are herby notified that the above-named Debtor, through its Attorneys COHEN & KROL, is seeking final authority to use its cash collateral and for authority to make adequate protection payments. The Debtor filed a voluntary petition seeking relief pursuant to Chapter 11 of the Bankruptcy Code on March 9, 2011. The Debtor currently conducts its operations at 1202 N. Pine, Arlington Heights, IL.

You are further notified that BMO Harris Bank (the "Bank") asserts a security interest in all of the Debtor's accounts receivable, inventory, deposits, vehicles, office equipment, equipment, and all proceeds therein to secure the indebtedness owed by the Debtor to the Bank. The Bank is owed approximately $92,000.00 pursuant to a promissory note dated June 15, 2009 and a commercial security agreement dated November 20, 2006.

You are further notified that the Debtor is unable to obtain unsecured credit and has an urgent requirement for the use of cash collateral secured by the Bank. The Debtor proposes to make monthly payments to the Bank $1,000.00 consisting of interest and principal. The Debtor proposes to provide adequate protection to the Bank by granting the Bank a post-petition replacement lien and security interest identical to its pre-petition security interest and agreement. The Debtor and Bank have agreed to an interim use of cash collateral pursuant to a Monthly Budget.

You are further notified that upon information and belief, the Debtor understands that BMO Harris Bank is the only entity with a valid and perfected security interest in the Debtor's Chattel. The Debtor believes that the Bank consents to its use of cash collateral. Without use of cash collateral, the Debtor would be forced to cease its operations and will be unable to pay its employees, its rent, and its pre and post petition creditors.

You are further notified that a final hearing on the use of cash collateral will be held on February 16, 2012 at 10:30am before the honorable Jack B. Schmetterer, Bankruptcy Judge in Courtroom 682, Dirksen Federal Courthouse, 219 S. Dearborn St.,

Chicago, IL. Any party objecting to the Debtor's proposed use of cash collateral may do so on or before that time.

                                      Respectfully submitted,
                                      Limitless Design & Construction, Inc.

                                      BY: <u>E. Philip Groben</u>
                                              One of its attorneys

JOSEPH E. COHEN
GINA B. KROL
E. PHILIP GROBEN
COHEN & KROL
105 West Madison St., Suite 1100
Chicago, IL 60602
312-368-0300

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 11-09728<br>Northern District of Illinois<br>Chicago<br>Thu Feb  2 10:11:50 CST 2012 | Citibank, N.A.<br>701 East 60th Street North<br>SIOUX FALLS, SD 57104-0493 | Laborers' Welfare Fund of the Health an<br>11465 Cermak Rd<br>Westchester, IL 60154-5771 |
| Limitless Design & Construction, Inc.<br>1202 N. Pine<br>Arlington Heights, IL 60004-4723 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1704 | AT&T (Land lines)<br>P. O. Box 8100<br>Aurora, IL 60507-8100 |
| Allied Building Products<br>2424 N. Pulaski<br>Chicago, IL 60639-2114 | American Cast Stone<br>14563 136th Street<br>Lemont, IL 60439-7925 | Architectural Cast Stone<br>2775 Norton Creek Drive<br>West Chicago, IL 60185-6411 |
| Architectural Ornaments<br>4601 E. 12th Street<br>Kansas City, MO 64127-1785 | Argyle Cut Stone<br>6100 W. Oakton Street<br>Morton Grove, IL 60053-2718 | Bank of America<br>Acct # 5490 9906 8759 4224<br>P. O. Box 15026<br>Wilmington, DE 19850-5026 |
| Blankenship & Assoc.<br>540 N. Madison Avenue<br>Greenwood, IN 46142-4047 | Bricklayers & Allied Craftsmen Local 21<br>660 N. Industrial Drive<br>Elmhurst, IL 60126-1520 | Bricklayers Northern Trust Fringe Ben.<br>660 N. Industrial Drive, Suite 100<br>Elmhurst, IL 60126-1520 |
| Car Smart<br>1077 E. Main Street<br>East Dundee, IL 60118-2466 | Chase-Cardmember Services<br>Acct # 4246 3157 2890 5401<br>P. O. Box 15153<br>Wilmington, DE 19886-5153 | Chicago Brick & Block<br>P. O. Box 5940<br>Carol Stream, IL 60197-5940 |
| Citi Card<br>Acct # 5309 0400 5266 8723<br>P. O. Box 688901<br>Des Moines, IA 50368-8901 | Citibank South Dakota NA<br>DBA<br>4740 121st St<br>Urbandale, IA 50323-2402 | Claremont Management Corp.<br>1845 E. Rand Road, #111<br>Arlington Heights, IL 60004-4359 |
| Contractors Material Inc.<br>2250 N. Rand Road<br>Palatine, IL 60074-1161 | Davi, Umberto<br>1105 W. Burlington Avenue<br>Western Springs, IL 60558-1586 | Denker & Muscarello, LLC<br>4N701 School Road<br>St. Charles, IL 60175-6508 |
| Edwards Cast Stone<br>777 Edwards Road<br>Dubuque, IA 52003-8500 | Elliot Construction Corp.<br>21W171 Hill Avenue<br>Glen Ellyn, IL 60137-4860 | Erie Insurance Group<br>Acct # 21-04635<br>100 Erie Insurance Place<br>Erie, PA 16530-1105 |
| Fastenal Company<br>P. O. Box 1286<br>Winona, MN 55987-7286 | Glenrock Corp.<br>P. O. Box 95279<br>Palatine, IL 60095-5279 | HSBC (Best Buy)<br>Acct # 7021 2000 2131 8100<br>P. O. Box 17298<br>Baltimore, MD 21297-1298 |

HSBC Bank Nevada, N.A. (Menards)
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

Harris Bank N.A.
Acct # 029 000 363954722
P. O. Box 2880
Carol Stream, IL 60197

Hilti
P. O. Box 382002
Pittsburgh, PA 15250-8002

Home Depot
Acct # 6035 3220 1432 7039
P. O. Box 6029
The Lakes, NV 88901-6029

Ilini Hi-Reach
13633 Main Street
Lemont, IL 60439-9179

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603-2808
Attn: Bankruptcy Unit - 10th flr.

(p)ILLINOIS DEPARTMENT OF REVENUE
P O BOX 64338
CHICAGO IL 60664-0338

Illinois Dept. of Employment Security
P. O. Box 19300
Springfield, IL 62794-9300

Illinois Dept. of Revenue
P. O. Box 19447
Springfield, IL 62794-9447

Illinois State Toll Hwy Authority
Acct # 420010
2700 Ogden Avenue
Downers Grove, IL 60515-1703

Internal Bricklayers Union
600 N Industrial Drive
Elmhurst, IL 60126-1520

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

Joseph Minaglia
1202 N Pine
Arlington Heights, IL 60004-4723

Laborers Pension & Welfare Funds
11465 W. Cermak Road
Westchester, IL 60154-5771

Liberty Limestone
430 W. Wegner Road
Lakemoore, IL 60051-8653

Louis Minaglia
2412 Manor Lane
Park Ridge, IL 60068-1560

Mang, Hans
1240 Gall Street
Sleepy Hollow, IL 60118

Mankato-Kasota Stone, Inc.
818 N. Willow
Mankato, MN 56001-3356

Minaglia, Bob and Bonnie
1202 N. Pine
Arlington Heights, IL 60004-4723

Minaglia, Joe
215 Prairie Lake Road, Suite D
East Dundee, IL 60118-9125

Minaglia, Louis
2412 Manor Lane
Park Ridge, IL 60068-1560

Minaglia, Rich
1456 Polo Drive
Bartlett, IL 60103-1830

NICOR Gas
Acct # 64-28-18-6402-1
P. O. Box 1630
Aurora, IL 60507-1630

Northern Illinois Brick Supply
39W180 Highland Avenue
Elgin, IL 60124-7985

Rauch Clay Sales
3037 S. Christiana Avenue
Chicago, IL 60623-4697

Rich Minaglia
1456 Polo Drive
Bartlett, IL 60103-1830

Sears Credit Card
Acct # 5121 0719 8083 5395
P. O. Box 183082
Columbus, OH 43218-3082

U S Small Business Administration
c/o Mary Cvengros
500 W Madison St., #1150
Chicago, IL 60661-2602

Wagner, Robert
108 N. Walkup Avenue
Crystal Lake, IL 60014-4355

```
Gina B. Krol                        Patrick S Layng                     Philip E. Groben
Cohen and Krol                      Office of the U.S. Trustee, Region 11   Cohen and Krol
105 W Madison St, Suite 1100        219 S Dearborn St                   105 W Madison St, Suite 1100
Chicago, IL 60602-4600              Room 873                            Chicago, IL 60602-4600
                                    Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Illinois Department of Revenue      Internal Revenue Service            (d)Internal Revenue Service
Bankruptcy Unit                     Cincinnatti, OH 45999               POB 804522
100 W. Randolph St. #7-400                                              Cincinnati, OH 45280
Chicago, IL 60601
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)BMO Harris Bank N.A. f/k/a Harris N.A.   (u)Illinois District Council No. 1 of the Int   (u)Laborers' Pension Fund


(d)Citibank, N.A.                   (u)Laborers Union                   (u)James S. Jorgensen
701 East 60th Street North
Sioux Falls, SD 57104-0493
```

End of Label Matrix
Mailable recipients    62
Bypassed recipients     6
Total                  68